UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMEIN ROSTAMI,                                      CASE NO.: 1:22-CV-3326-RA

      Plaintiff,

v.

OPEN PROPS, INC., ADI SIDEMAN,
YONATAN SELA, ERAN KALMANSON,
and BEN PERPER,

      Defendants.

_____/

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS'
TIME TO RESPOND TO COMPLAINT AND CONTINUING INITIAL
CONFERENCE AND ASSOCIATED DEADLINES**

WHEREAS, on April 25, 2022, plaintiff Romein Rostami ("Plaintiff") filed a complaint (the "Complaint") against defendants Open Props, Inc., Adi Sideman, Yonatan Sela, Eran Kalmanson, and Ben Perper (collectively the "Defendants" and collectively with Plaintiff, the "Parties");

WHEREAS, Defendants requested and Plaintiff agreed to set Defendants' deadline to respond to the Complaint to July 18, 2022;

WHEREAS, on May 10, 2022, the Court entered an Order and Notice of Initial Conference setting deadlines for the submission of a joint letter and proposed case management plan and scheduling order for June 17, 2022, and scheduling an initial status conference for June 24, 2022;

WHEREAS, the Parties have conferred and agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this action, good cause exists to continue the initial status conference and other case management deadlines;

1

THEREFORE, based on the foregoing, the Parties hereby stipulate, and respectfully request the Court to order, as follows:

1.  Defendants shall respond to the Complaint on or before July 18, 2022;

2.  The initial status conference scheduled for June 24, 2022, shall be continued, along with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules, to be rescheduled as the Court determines to be appropriate; and the submission of a joint letter and proposed case management plan and scheduling order by the Parties set for June 17, 2022, shall likewise be deferred.

Date: June 8, 2022

/s/ Yamina-Sarah Chekroun

Yamina-Sarah Chekroun, Esq.
New York Bar No. 5501853
VENTURE LAWYERS LLP
4610 Alton Road
Miami Beach, FL 33140
Tel: (347) 986-4426
sara@theventurelawgroup.com

Date: June 8, 2022

/s/ Matthew M. Fischer

Matthew M. Fischer, Esq.
Florida Bar No. 40997
MATTHEW M. FISCHER, P.A.
1931 NW 150 Avenue, Suite 278
Pembroke Pines, FL 3308
Tel: (954) 859-5558
Fax: (954) 859-5525
matt@fischerlawpa.com
(appearing pro hac vice)

*Attorneys for Plaintiff*

2

Date: June __8__, 2022

/s/ Joanna Cohen
_____

Joanna Cohen, Esq.
New York Bar No. __
John B. Horgan, Esq.
New York Bar No. __
ELLENOFF GROSSMAN SCHOLE LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105
Tel: (212) 370-1300
Fax: (212) 370-7889
jcohen@egsllp.com
jhorgan@egsllp.com

*Attorneys for Defendants*

**\* \* \***

Application granted.

The initial conference scheduled for June 24, 2022 is hereby adjourned to July 22, 2022 at 11:30 a.m.

Unless the parties request otherwise, this conference will be held via telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

The parties' joint letter and proposed case management plan shall be filed on or before July 15, 2022.

SO ORDERED.

_____

Hon. Ronnie Abrams
06/09/2022