UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMEIN ROSTAMI,

                Plaintiff,

      v.

OPEN PROPS, INC., ADI SIDEMAN, YONATAN SELA, ERAN KALMANSON, and BEN PERPER,

                Defendants.

No. 22-cv-3326 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On November 29, 2022, Defendant moved to stay discovery in this action pending a decision on its motion to dismiss. Having considered the relevant factors in deciding whether to stay discovery pending a dispositive motion—the strength of the dispositive motion, the breadth of discovery sought and the burden of responding to it, as well as prejudice to the party opposing the stay, *see Spencer Trask Software & Info. Servs., LLC v. RPost Int'l Ltd.*, 206 F.R.D. 367, 368 (S.D.N.Y. 2002)—the Court finds that a stay is appropriate here. Accordingly, discovery in this action is hereby stayed pending further order of the Court.

SO ORDERED.

Dated:    December 5, 2022
             New York, New York

                                                Hon. Ronnie Abrams
                                                United States District Judge