**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
ROMEIN ROSTAMI,

                  Plaintiff,

  -against-                                    22 **CIVIL** 3326 (RA)

                                                          **JUDGMENT**

OPEN PROPS, INC., ADI SIDEMAN, YONATAN
SELA, ERAN KALMANSON, and BEN PERPER,

                  Defendants.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 26, 2024, Defendants' motion to dismiss is granted, and the case is closed.

**Dated:** New York, New York

      March 27, 2024

                                                                **RUBY J. KRAJICK**
                                                                **Clerk of Court**

                                 **BY:** _____
                                                             **Deputy Clerk**